**Todd M. Friedman, Esq. (216752)**
**Darin Shaw, Esq. (251037)**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr., #415**
**Beverly Hills, CA 90211**
**Phone: (877) 206-4741**
**Fax: (866) 633-0228**
**tfriedman@AttorneysForConsumers.com**
**dshaw@attorneysforconsumers.com**
**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAELENA MATA AND DANIEL MATA, <br><br> Plaintiff, <br><br> vs. <br><br> ENHANCED RECOVERY COMPANY, LLC, <br><br> Defendant. | Case No. 2:10-cv-07759-ODW -JEM <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Central District Court of California, Plaintiff's Notice of Voluntary Dismissal With Prejudice, a copy of which is hereby served upon Defendant.

RESPECTFULLY SUBMITTED this 9th day of March, 2011.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 9th day of March, 2011, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 9th day of March, 2011, via the ECF system to:

Honorable Otis D. Wright, II
Judge of the United States District Court
Central District of California

Copy sent via mail on this 9th day of March, 2011, to:

Ginny L. Walker
Director of Compliance and Administration
Enhanced Recovery Company, LLC
8014 Bayberry Rd.
Jacksonville, FL 32256


By: s/Todd M. Friedman
       Todd M. Friedman

Notice of Dismissal  - 2