JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 10-7759 ODW(JEMx) | Date | March 10, 2011 |
|---|---|---|---|
| Title | Mariaelena Mata et al v. Enhanced Recovery Company, LLC | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** Order Discharging Court's Order to Show Cause [7] and Dismissing Action

On March 9, 2011 Plaintiff filed a Notice of Voluntary Dismissal. Accordingly, the above-referenced Order to Show Cause is DISCHARGED and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

: 00

Initials of Preparer   RGN